## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Matthew Stockov

                              Plaintiff,

v.                                                     Case No.: 1:26–cv–02734
                                                       Honorable Steven C. Seeger

Costco Wholesale Corporation

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 2, 2026:

     MINUTE entry before the Honorable Steven C. Seeger: Defendant's unopposed motion for extension of time to respond to complaint (Dckt. No. [11]) is granted. Defendant shall respond to plaintiff's complaint by May 18, 2026. The motion for leave to appear pro hac vice (Dckt. No. [13]) is granted. Attorney Brad Dennis Brian is added as counsel for Costco Wholesale Corporation.Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.