**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MATTHEW STOCKOV, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No.: 1:26-cv-02734 |
| v. | Hon. Steven C. Seeger |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant. | |

**DEFENDANT COSTCO WHOLESALE CORPORATION'S**
**MOTION TO DISMISS COMPLAINT UNDER RULES 12(b)(1) AND 12(b)(6)**

Defendant Costco Wholesale Corporation, through undersigned counsel, respectfully moves this Court to dismiss plaintiff Matthew Stockov's complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), for the reasons set forth in the Memorandum of Law in Support of this motion, filed contemporaneously herewith.

In further support of this Motion, Costco submits Exhibits 1 and 2, which are complete copies of the earnings call transcripts cited and relied upon in plaintiff's complaint. *See* Dkt. 1 (Complaint) ¶¶ 28-29 & n.7 (quoting and linking to paywalled version of Q3 2025 Earnings Call), ¶ 38 (quoting Q2 2026 Earnings Call).[1]

**Exhibit 1** is a complete copy of the transcript of the Q3 2025 Earnings Call (cited and quoted at Compl. ¶¶ 28-29 & n.7), downloaded from https://seekingalpha.com/article/4791062-costco-wholesale-corporation-cost-q3-2025-earnings-call-transcript.

**Exhibit 2** is a complete copy of the transcript of the Q2 2026 Earnings Call (quoted at

---

[1] Copies of the transcripts attached here can also be downloaded from S&P Global, which maintains an online database (*see* www.capitaliq.spglobal.com).

1

Compl. ¶ 38), downloaded from https://seekingalpha.com/article/4879280-costco-wholesale-corporation-cost-q2-2026-earnings-call-transcript.

Date: May 18, 2026

Respectfully submitted,

By: _____

Brad D. Brian (*pro hac vice*)
Jennifer L. Bryant (*pro hac vice* )
Carl Jiang
Joseph Mantegani (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Tel:     (213) 683-9100
Fax:     (213) 687-3702
Brad.Brian@mto.com
Jennifer.Bryant@mto.com
Carl.Jiang@mto.com
Joseph.Mantegani@mto.com

Elaine J. Goldenberg, P.C. (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, Suite 500E
Washington, D.C. 20001
Tel:     (202) 220-1100
Fax:     (202) 220-2300
Elaine.Goldenberg@mto.com

Christopher B. Wilson
Spencer Gottlieb
PERKINS COIE LLP
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606
Tel:     (312) 324-8400
Fax:     (312) 324-9400
cwilson@perkinscoie.com
sgottlieb@perkinscoie.com

*Attorneys for Defendant Costco Wholesale Corporation*

2