# EXHIBIT 1

Case: 1:26-cv-02734 Document #: 22-1 Filed: 05/18/26 Page 2 of 32 PageID #:56



Transcripts

# Costco Wholesale Corporation (COST) Q3 2025 Earnings Call Transcript

May 29, 2025, 8:46 PM ET | **Costco Wholesale Corporation (COST) Stock**, **COST:CA Stock**



**SA Transcripts**
159.23K Followers

🎁 Welcome to **Seeking Alpha!**

Articles on **COST** are available to you for free for the next **13** days.

To continue receiving professional-grade analyses on **COST** and gain access to similar insights across the entire market, subscribe to Premium before your trial expires.

**Join Premium**



## Q3: 2025-05-29 Earnings Summary

💡 **Insights**   ▶   🖼   🏛

EPS of $4.28 beats by $0.04 | Revenue of $63.21B (8.02% Y/Y) beats by $108.27M

Costco Wholesale Corporation (COST) Q3 2025 Earnings Conference Call May 29, 2025 5:00 PM ET

**Company Participants**

Gary Millerchip - Chief Financial Officer
Ron Vachris - President & Chief Executive Officer

**Conference Call Participants**

Case: 1:26-cv-02734 Document #: 22-1 Filed: 05/18/26 Page 3 of 32 PageID #:57

Simeon Gutman - Morgan Stanley

Christopher Horvers - JPMorgan

Michael Lasser - UBS

Scot Ciccarelli - Truist

Zhihan Ma - Bernstein

Greg Melich - Evercore ISI

Chuck Grom - Gordon Haskett

John Heinbockel - Guggenheim Securities

Rupesh Parikh - Oppenheimer

Kelly Bania - BMO Capital Markets

Kate McShane - Goldman Sachs

Peter Benedict - Baird

## Operator

Ladies and gentlemen, thank you for standing by. My name is Abby, and I'll be your conference operator today. At this time, I would like to welcome everyone to the Costco Wholesale Corporation Third Quarter 2025 Conference Call. All lines have been placed on mute to prevent any background noise. After the speakers' remarks, there will be a question-and-answer session. [Operator Instructions] Thank you.

And I would now like to turn the conference over to Gary Millerchip, Chief Financial Officer. You may begin.

## Gary Millerchip

Good afternoon, everyone, and thank you for joining Costco's third quarter 2025 earnings call.

I'd like to start by reminding you that these discussions will include forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These statements involve risks and uncertainties that may cause actual events, results and/or performance to differ materially from those indicated by such statements. The risks and uncertainties include, but are not limited to, those outlined in today's call, as well as other risks identified from time to time in the company's public statements and reports filed with the SEC. Forward-looking statements speak only as of the date they are made, and the company does not undertake to update these statements, except as required by law.

Costco Wholesale Corporation (COST) Q3 2025 Earnings Call Transcript | Seeking Alpha

Comparable sales and comparable sales excluding impacts from changes in gasoline prices and foreign exchange are intended as supplemental information and are not intended as a substitute for net sales presented in accordance with GAAP.

Before we dive into our financial results, I'm delighted to say that Ron Vachris is joining us again for today's call. I'll now hand over to Ron for some opening comments.

**Ron Vachris**

Thank you, Gary, and good afternoon, everyone, and thank you for joining us today.

As we wrap up the third quarter of fiscal 2025, let me make a few brief comments on some of the highlights.

Since our last earnings call, we've opened nine warehouses, including relocation in Melbourne, Australia, our 37th warehouse in Japan and seven net new U.S. locations. We plan to open another 10 warehouses during the fourth fiscal quarter, which will include our second warehouse in Sweden, our 20th warehouse in Korea and our 110th warehouse in Canada. For this fiscal year, we expect to open 27 new warehouses, including three relocations for a total of 24 net new buildings. This will bring our total warehouse count to 914 worldwide.

Our merchandising and operations team did a fantastic job in the quarter, delivering some strong financial results, while also maintaining our competitive price position despite a challenging macroeconomic backdrop. Capitalizing on the focus and scale we are able to achieve through our limited SKU count and global footprint, we continue to increase the overall value of our membership, including extended gas station opening hours and lowering prices on some key items such as eggs, butter and olive oil. The combination of expanded gas station hours, new gas station openings and lower prices at the pump have led us to having two of our all-time highest gallon weeks in the U.S. during the last month.

In times of the consumer uncertainty, our Kirkland Signature brand is uniquely positioned to provide our members with great quality and great values. And during the third quarter, sales of Kirkland Signature items again outpaced our overall sales growth, with our KS sales penetration up approximately 50 basis points year-over-year. We continue to move more Kirkland Signature product sourcing into the countries or regions where the items are sold, and this has helped bring us to lower cost and mitigate some of the potential impacts of tariffs.

Case: 1:26-cv-02734 Document #: 22-1 Filed: 05/18/26 Page 5 of 32 PageID #:59

We're remaining agile as a situation with tariffs evolves, while also supporting the commitments we've made with our long-term suppliers. As an example of this, during the third quarter, we rerouted many goods sourced from countries with large tariff exposure to our non-U.S. markets. In the U.S., we pulled forward some items that we had planned for the summer and sourced additional locally produced goods to reduce tariff impacts and ensure that we were in stock. Actions such as these are allowing us to continue to provide great values for our members, while also delivering value to our shareholders.

Digital and technology are important parts of our future growth, and we are investing to improve the member experience. A recent example in e-commerce is the launch of Buy Now Pay Later offering through our partnership with the firm. This new program allows our members greater access to the Costco values on big ticket items, such as appliances, furniture, consumer electronics and much more at exclusive rates for the Costco members. While still early days, we've been pleased with the initial sales results.

And in our warehouses, we continue to work on opportunities to further improve the member experience. Please be on the lookout for several new technology pilots we are focusing on to help our members check out through our front end at a faster pace.

As we look ahead to the remainder of the fiscal year, while the impacts of tariffs and the outlook for the economy in general remain unknown, we are confident in the ability of our operators and merchants to rise to the challenges and continue to offer great service and find consistent values for our members. Our results in recent quarters have reinforced for us that in uncertain times, our values resonate with members as strongly as ever.

With that, I'll turn it back over to Gary to discuss the results for the quarter, and I'll jump back on during Q&A to field some questions.

**Gary Millerchip**

Thanks, Ron.

In today's press release, we reported operating results for the third quarter of fiscal 2025, the 12 weeks ended on May 11. We have, once again, published a slide deck on our investor site under Events & Presentations with supplemental information to support today's press release. You might find it helpful to have this presentation in front of you as I walk through our results.

Net income for the third quarter came in at $1.9 billion or $4.28 per diluted share, up more than 13% from $1.68 billion or $3.78 per diluted share in the third quarter last year. These results were driven by strong sales and margin performance, despite the headwind of a $130 million LIFO charge in the quarter and operating income being negatively impacted by a catch-up accrual of $40 million for the increase in employee vacation days included in our March 2025 employee agreement. As in Q2, foreign exchange rates also negatively impacted the translation of international net income to U.S. dollars. In Q3, the impact was $35 million or $0.08 per diluted share.

Net sales for the third quarter were $61.96 billion, an increase of 8% from $57.39 billion in the third quarter last year. U.S. comparable sales were up 6.6% or 7.9%, excluding gas deflation. Canada comp sales were up 2.9% or 7.8% adjusted for gas deflation and FX. Other international comp sales were up 3.2% or 8.5% adjusted. And this all led to total company comp sales of 5.7% or 8% adjusted. Finally, e-commerce comp sales were up 14.8% or 15.7% adjusted for FX. In terms of Q3 comp sales metrics, foreign currencies relative to the U.S. dollar negatively impacted sales by approximately 1.2%, while gas price deflation negatively impacted sales by approximately 1.1%.

Traffic or shopping frequency increased 5.2% worldwide and 5.5% in the U.S. Our average transaction or ticket was up 0.4% worldwide and up 1.1% in the U.S. This includes the headwinds from gas deflation and FX. Adjusted for those items, tickets would have been up 2.7% worldwide and 2.3% in the U.S.

Moving down the income statement to membership fee income. We reported membership fee income of $1.24 billion, an increase of $117 million or 10.4% year-over-year. Membership fee income growth was 11.4%, excluding FX and the recent membership fee increase represented approximately 4.6% of fee income in the quarter.

In terms of renewal rates at Q3-end, our U.S. and Canada renewal rate was 92.7% and the worldwide rate came in at 90.2%. As cohorts of new members from digital acquisition campaigns and warehouse openings in Asia move in and out of the calculation, there will continue to be some volatility in this number quarter-to-quarter. The decreases in the renewal rates in Q3 versus Q2 were primarily attributable to sign-ups from a Groupon promotion in the fall of 2023, entering the renewal rate calculation for the first time this quarter.

Costco Wholesale Corporation (COST) Q3 2025 Earnings Call Transcript _ Seeking Alpha

Higher penetration of online sign-ups entering the renewal rate calculation also contributed to the lower renewal rate. These new digital memberships are a net positive as they grow the overall membership base and are generally younger members, but they also renew at a slightly lower rate. We ended Q3 with 79.6 million paid household members, up 6.8% versus last year, and 142.8 million cardholders, up 6.6% year-over-year. At Q3-end, we had 37.6 million paid executive memberships, up 9% versus last year. Executive members represented 47.3% of paid members and 73.1% of worldwide sales.

Turning now to gross margin. Our reported rate in the third quarter was higher year-over-year by 41 basis points, coming in at 11.25% compared to 10.84% last year and up 29 basis points excluding gas deflation. Core was higher by 36 basis points and higher by 27 basis points without gas deflation.

In terms of core margins on their own sales, our core-on-core margins were higher by 36 basis points. A significant part of the increase was driven by our fresh departments, where strong sales leverage benefited our payroll costs and spoilage results. Additionally, the decrease in some key commodity and ingredient costs such as dairy, butter, eggs and olive oil were a tailwind in fresh and food and sundries.

In general, we feel margin pressure during times of inflation on these types of ingredients as we keep prices low for our members. And the opposite is often true when prices fall, as we feel the margin relief faster while also being able to lower prices more quickly than our competitors. An example of this during the quarter is our croissant program, where we held prices lower when butter costs were elevated and are now seeing margin relief as those costs have come down.

Food and sundries margin also increased during the quarter. In this case, we were able to lower egg prices by approximately 10% and butter by $1 per cell unit or approximately 7%, while also returning margins to more normal levels. Lastly, in core-on-core, non-food margins were up slightly worldwide, but down slightly in the U.S.

Ancillary and other businesses gross margin was higher by 30 basis points and 27 basis points without gas deflation. Improved margins in gas and e-commerce were the main drivers of the increase.

LIFO negatively impacted the gross margin rate by 23 basis points, both with and without gas deflation. We had a $130 million LIFO charge in Q3 this year compared to an $11 million credit in Q3 last year. I'll share more color on LIFO and inflation a little later in the call.

Case: 1:26-cv-02734 Document #: 22-1 Filed: 05/18/26 Page 8 of 32 PageID #:62

Other was lower by 2 basis points, both with and without gas deflation. This relates to the catch-up accrual for the increased employee vacation days included in our March 2025 employee agreement. This change impacts gross margin for the employees who work in our supply chain and/or manufacturing departments.

Moving now to SG&A. Our reported SG&A rate in the third quarter was higher or worse year-over-year by 20 basis points, coming in at 9.16% compared to last year's 8.96%. SG&A was higher or worse by 11 basis points adjusted for gas deflation. The operations component of SG&A was higher or worse 13 basis points and 5 basis points without gas deflation. This increase was due to our investment in employee wages, partially offset by sales leverage and productivity improvements. The incremental year-over-year impact from this year's March employee agreement was mid-single-digit basis points on top of the low-double-digit basis point impact from our July 2024 wage increase. We will lap the July increase 10 weeks into the 16-week fiscal fourth quarter.

Central was higher or worse 2 basis points and 1 basis point without gas deflation. Stock compensation was lower or better by 1 basis point, both with and without gas deflation. Preopening was higher or worse by 1 basis point, both with and without gas deflation, driven by more new warehouse openings in the quarter this year. Other was higher or worse by 5 basis points, both with and without gas deflation, reflecting the catch-up accrual for higher vacation days in our 2025 employee agreement.

Below the operating income line, net interest and other was $50 million this year versus $87 million last year. The difference year-over-year was largely attributable to foreign exchange. And in terms of our income taxes, our tax rate in Q3 was 26.2% compared to 26.4% in Q3 last year.

Turning now to some key items of note in the quarter. Capital expenditure in Q3 was approximately $1.13 billion, and we estimate CapEx for the full year will be a little over $5 billion. Taking a deeper look into core merchandising sales, fresh category comparable sales were up high-single-digits. This was led by double-digit growth in meat with produce also performing very well in the quarter.

Case: 1:26-cv-02734 Document #: 22-1 Filed: 05/18/26 Page 9 of 32 PageID #:63

Non-food also had comp sales in the high-single-digits. Our buyers continue to do an excellent job finding new and exciting items at great values, which are resonating well with our members even as they remain very choiceful in their spending on discretionary items. In the quarter, gold and jewelry, majors, toys, housewares and home furnishings were all up double-digits. While we continue to grow share in most non-food departments, we are seeing some deceleration in year-over-year growth as we start to lap tougher compares in volume and gift card sales from a year ago.

Food and sundries had mid- to high-single-digit comps with cola and frozen foods showing the strongest results. In addition to lowering prices on butter and eggs, a few other examples where we were able to lower prices in the quarter to provide greater value to our members included 2-liter Kirkland Signature Organic Extra Virgin Olive Oil from $24.99 to $18.39, Kirkland Signature Chocolate Macadamia Clusters from $17.99 to $14.69, and Kirkland Signature Organic Mixed Nut Butter from $8.69 to $7.59.

As Ron mentioned earlier, we are continuing to move more items to locally-sourced production, which is allowing us to lower prices in those markets. A notable example in the quarter was our Kirkland Signature Ultra Clean Laundry products. These SKUs are now sourced in Asia for our APAC warehouses, allowing us to significantly lower transportation costs and reduce member prices in the region by approximately 40%. In the U.S., we are sourcing more American-made goods where available, including items such as mattresses, pillows and plastic resin goods.

New KS offerings are another way we are delivering more value to members. These items typically offer members 15% to 20% value compared to the national brand alternative with equal or better quality. In Q3, we launched over 40 new KS items ranging from mini muffin bites to smoked pork ribs and various new apparel items. Within ancillary businesses, pharmacy and optical departments led the way. We are able to bring significant value to our members in optical through the combination of our labs, which manufacture our own high-quality lenses coupled with great prices on a wide range of frames, including luxury brands. Gas comps were negative low-double-digits during the quarter, driven by a lower average price per gallon.

I'll now share some additional color on inflation and tariffs. Fresh and Food and Sundries inflation remained relatively similar to last quarter. In non-food, we saw low-single-digit inflation return for the first time in a number of quarters. This was driven primarily by imported items. As a reminder, about a third of our sales in the U.S. are imported and about two-thirds of those sales are in non-foods. Items imported from China represent about 8% of total U.S. sales.

Case: 1:26-cv-02734 Document #: 22-1 Filed: 05/18/26 Page 10 of 32 PageID #:64

The inflation experience in non-foods was the primary driver of the $130 million LIFO charge for the quarter, which is calculated comparing the net landed cost of inventory at the beginning of the fiscal year with a net landed cost of inventory on hand at the end of the current quarter. Based on our LIFO accounting methodology, if the current rate of inflation is maintained until our fiscal year-end, we would have an additional $40 million to $50 million LIFO charge in the fourth quarter. Any change in the level of inflation in the fourth quarter could increase or decrease the size of that charge.

As we navigate an evolving environment with tariffs, we are working closely with our suppliers to find ways to mitigate the impact on cost, including moving production and sourcing to other countries where it makes sense to do so. As Ron mentioned earlier, we are leveraging our scale and global operations to help inform this approach.

At Costco, we remain committed to providing quality items at the lowest possible prices and raising prices is always seen as a last resort. The evolving landscape with tariffs is adding complexity and challenges for how we operate our business, but we believe our expertise in buying and limited SKU count model give us greater agility to navigate the environment and ultimately increase our member values compared to the market.

The global supply chain remains relatively stable, although as previously shared, shipping delivery dates are generally less predictable than they were pre-COVID. While the spot rate for shipping containers has increased recently in response to a short-term increase in demand during the window that reciprocal tariffs have been paused, our shipping is generally covered by contracts, and so we have not seen any material impact.

Turning now to digital and e-commerce. We continue to make progress with technology. As shared on last quarter's call, one of our key focus areas is building capabilities to deliver more personal, relevant experiences for our members, helping them save time and money.

In the third quarter, successes included a targeted Mother's Day campaign to members who had purchased traditional Mother's Day gift last year and the launch of our personalized product recommendation hub for members, showcasing items based on previous browsing history, new items they might find relevant and best-selling items in their geographical area. Gold and jewelry, toys, health and beauty, majors, housewares, small electrics and apparel, all grew double-digits year-over-year.

Case: 1:26-cv-02734 Document #: 22-1 Filed: 05/18/26 Page 11 of 32 PageID #:65

We continue to grow share in big and bulky items sold online, powered by our investment in Costco Logistics. The combination of great values and the delivery experience that includes installation and haul away of old items is resonating extremely well with our members and resulted in a 31% increase in items delivered in the quarter.

Costco Next, our curated marketplace, also continues to show healthy year-over-year growth. In Q3 fiscal year 2025, our sales on Costco Next equaled our total sales for all of fiscal year 2022, and we are excited about the pipeline of new vendors and development for future rollout.

Finally, in terms of upcoming releases, we will announce our May sales results for the four weeks ended Sunday, June 1, on Wednesday, June 4, after market close.

That concludes our prepared remarks, and we'll now open the line up for questions.

## Question-and-Answer Session

## Operator

Thank you. And we'll now begin the question-and-answer session. [Operator Instructions] And our first question comes from the line of Simeon Gutman with Morgan Stanley. Your line is open.

## Simeon Gutman

Hey, everyone. I wanted to ask Ron since he's in the room, so Costco has continually invested in price, and the nice thing is that you don't really have to catch up over time. Curious what you're telling the merchants right now given this moment in time. Do you put the pedal to the metal and anything different about the posture? And are you seeing -- in places where price you're holding relative to the market, are you seeing tonnage and unit volume actually change meaningfully? Thanks.

## Ron Vachris

Very good question, Simeon. It's quite complicated, as Gary said now, as we're dealing with the moving tariff scenes as things continue to change each day. We have been very fortunate with some of the key commodities coming down, and then our buyers are immediately the first ones down in those goods. So, we take every advantage of every opportunity that we can lower prices and we've seen our competitive landscape improve slightly at the latter part of the quarter, which is very good for us.

Case: 1:26-cv-02734 Document #: 22-1 Filed: 05/18/26 Page 12 of 32 PageID #:66

So, it means that we're doing the right thing, but we're going to continue to invest in price. It's what we do. It's how we grow our business, and we're going to continue to try and mitigate as much of this impact on tariffs as we can for our members. So, it's -- as we've always done, it's full force ahead on lowering prices where we can.

**Simeon Gutman**

Okay. Thank you. Good luck.

**Operator**

And our next question comes from the line of Christopher Horvers with JPMorgan. Your line is open.

**Christopher Horvers**

Thanks. Good evening, guys. So, a quick follow-up on that last question and then an add-on. So, when, Ron, you mentioned that it improved in the latter half of the -- latter part of the quarter, is that because your peers are raising prices? So, how are price gaps changing given the inflation that's going on out there?

And secondly, as you think about the March-April period, that was -- you did extremely well in the non-foods category. Clearly, a lot of that is share. To what extent could you quantify pull-forward in some of these tariff items that you saw in like the end of March, beginning of April? Thanks very much.

**Ron Vachris**

You're welcome. I think that the delta improvement has really been a very hard focus on movement and trying to work with our suppliers and lowering price wherever we can. I truly believe that we are the first one down whenever we have those opportunities, and that does create that improved delta for us.

So, we're watching pricing daily and if not hourly, on every key commodity. And you have commodities like butter and eggs come down. There's quite a halo effect to many different items. So, our buyers are on top of that, talking to all the suppliers that would benefit from those reductions in costs and trying to really move that -- those products into lower costs as soon as we can. So, I can't speak for the others, but I can speak for us. It's about lowering the price as soon as we can and take advantage of those opportunities.

Case: 1:26-cv-02734 Document #: 22-1 Filed: 05/18/26 Page 13 of 32 PageID #:67

As far as non-foods, yeah, we did -- as we saw things starting to build on this tariff front, our buyers were very proactive, and they pulled a lot forward a lot of our summer goods. Most of our patio program, our sporting goods program got in early this year, got it in ahead of the tariff impacts. And that allowed us to hold prices or come just slightly up on prices when we need it to be. So that has really helped. And then, some key categories that we have had good healthy inventory on such as furniture. Appliances are not so much impacted, which has been a big driver for us in non-foods as well.

So, it has been strategic movement of goods, and like I spoke about, things that were hit with a higher tariff, we partnered with our other regions around the world where non-U.S. tariff impacts.

**Christopher Horvers**

And then anything in terms of how much demand may be pulled forward?

**Ron Vachris**

I think that there was slight -- we saw a slight impact on it. To quantify it, it was very tough to do. It was very tough to quantify that we saw any certain percent of a pull-forward of the fear of tariffs.

**Christopher Horvers**

Got it. Thanks very much.

**Ron Vachris**

You're welcome.

**Operator**

And our next question comes from the line of Michael Lasser with UBS. Your line is open.

**Michael Lasser**

Good evening. Thank you so much for taking my question. Gary, it seemed like you were setting a reminder that you will soon lap this outsized growth from precious metals and gift cards. So, to what extent should we recalibrate our expectations as Costco laps some of those outsized gains? If you could quantify that, that would be super helpful.

Costco Wholesale Corporation (COST) Q3 2025 Earnings Call Transcript | Seeking Alpha

And then, as part of that, at what point does Costco just reach a limitation to its rate of growth in the United States? The company has got to be mindful of depleting the overall membership experience as these clubs get so busy, and it's difficult to find parking. It's difficult to navigate through the store. It takes a little longer to get in and out. What percentage of your clubs in the United States would you say are currently at that level or approaching that level? Thank you very much.

## Gary Millerchip

Hi, Michael. Yeah, thanks for the questions. So, just to cover the first part, I think Ron will jump in on the second part of the question. Yeah, we were sharing on the call. You may recall we've been sharing on previous quarters that we were up double-digits in non-foods, and we were high-single-digits this quarter. So, part of the commentary that I shared was to remind you that some of that would be a reflection of the fact that we are cycling volume starting to flow through on a year-over-year basis, particularly online. And then, also gift cards. We had a particularly strong program of gift cards last year. So, as we cycle those, you saw still very strong non-food sales and strong market share gains, but the number would decelerate into that high-single-digit range.

I think it's kind of difficult to predict, obviously, where the consumer behavior goes in the future because of some of the things that Ron mentioned around the uncertainty. And also, when you look at our individual month-to-month data, we obviously are sharing very transparently every month what our sales results are and there are going to be periods where like we shared earlier in April, where there's probably, if you look at individual item, categories like consumer electronics and even in paper products, there were -- it looked like a higher level of sales in April because of that. So, you'll probably see a little bit of relief in some of those areas flowing through in the next couple of months.

But I wouldn't really say we have anything other than confidence in what our buyers are doing in finding great quality items at great value and newness in terms of new and exciting items for the member. Everything we're still seeing right now would be that -- sort of the state of the consumer is that they're very focused on those three things, but where you can meet those three things really well with value and quality and newness, our members are still spending and buying non-foods items. So, we think that the teams are doing a great job, and we continue to see opportunity to grow in that space.

## Ron Vachris

Case: 1:26-cv-02734 Document #: 22-1 Filed: 05/18/26 Page 15 of 32 PageID #:69

And on the operation side, it is a strategic priority for all of us in the company right now is to continue to how we improve the member experience in our high-volume warehouses. As we speak about the fourth quarter openings, about 80% of those warehouses we're opening are going to cannibalize some high-volume locations for us that's going to take some relief off. So, we strategically look at new markets for openings, but with the real importance on strategically cannibalizing those warehouses where we can make that improvement of member experience in there as well.

The recent expansion of gasoline hours was a great indicator that the throughput for our members improved nicely, and we saw that immediately in gallon increases. And on the technology front, we've realized with some of these pilots as we are working through these different systems to speed up the front-end experience and get that moving -- flowing quickly, the backside of that is it turns over parking spaces quicker. And when you turn over parking spaces quicker, it makes the whole experience better.

So, we are very mindful of the high-volume warehouses we have, and we're strategically working on many different fronts to how do we continue to grow the volume in those existing buildings and continue to infill and look for new markets in the U.S. as we do in all the regions around the world.

**Gary Millerchip**

I guess maybe just one thing to add to Ron's comment, Michael, as well, I think you see in our 10-K each year, we show the year-by-year sort of vintage of our warehouses. And I think the ones that Ron's particularly talking about where we have that over $400 million of sales, which is, I think, what, 40 or so warehouses where we're in that sort of category. So, they're the highest priority there.

I think as we do that, there's still tremendous growth in the less mature warehouses, and we see year-over-year continued growth. So, I think that gives us a lot of confidence that while we make those enhancements that Ron mentioned, we still have significant opportunity with the vast majority of our warehouses to continue to grow and to -- for them to look and to mature like higher sales warehouses today.

**Michael Lasser**

Thank you very much, and good luck.

**Ron Vachris**

Thank you.

Case: 1:26-cv-02734 Document #: 22-1 Filed: 05/18/26 Page 16 of 32 PageID #:70

## Operator

And our next question comes from the line of Scot Ciccarelli with Truist. Your line is open.

## Scot Ciccarelli

Good afternoon, guys. Appreciate the time. I think you guys have increased your EBIT margin on a year-over-year basis now by eight or maybe nine quarters in a row, however, slight, even though we've had a pretty funky macro environment, tariffs obviously being the latest piece of that. Is there any reason we would see that trend change over the next few quarters? Because it does seem like it's a bit of a conscious decision, not just randomness. Thanks.

## Gary Millerchip

Hi, Scot. Yeah, thanks for the question. I would say, overall, I know I mentioned this last quarter as well when we talked about the gross margin rate that we really are probably less focused than you might think on the individual quarters. We're more really focused on how we manage the business for the long term. And so, you are going to see, I think, individual fluctuations quarter-by-quarter as we make decisions to invest in the business at certain times to grow the company. And certainly at other times, like we saw in this quarter, of course, with gross margin rate in particular, we saw some real benefits in fresh productivity and lower spoilage and also some of the benefits of deflation in certain commodities.

I think it's fair to look at our model over the longer term. I wouldn't particularly pick a number of quarters, but I think over the longer term, looking at generally how we've been able to grow the business and grow profitability. And I think our philosophy overall is, as -- I know you've heard probably my predecessor, Richard, say this many times, is that our goal is to continue finding ways to drive value for our members, lowering our prices consistently and doing that through our global buying, doing that for in-country production, Kirkland Signature growth, as Ron mentioned earlier, and even some of the newer opportunities like e-commerce growth and getting more profitable in e-commerce and building the retail media business.

Case: 1:26-cv-02734 Document #: 22-1 Filed: 05/18/26 Page 17 of 32 PageID #:71

But in all cases, our philosophy is how do we take 90% of that value and give it back to the member to drive top line. And we do think over time, we can still be increasing our margin all bit as part of that plan. But that's our overall philosophy. So, we wouldn't particularly guide to -- well, we don't guide at all as you know, we wouldn't guide to thinking about an individual quarterly cadence, but that's more philosophically how we think about growing the company.

### Scot Ciccarelli

Understood. Thanks for the time.

### Operator

And our next question comes from the line of Zhihan Ma with Bernstein. Your line is open.

### Zhihan Ma

Great. Thank you for taking my question. Gary, I wanted to follow up on your LIFO comment. Clearly, a lot of your peers use RIM inventory accounting, which is likely going to drive margins maybe in the opposite direction in the next quarter with you. For your LIFO estimate about the other kind of $40 million, $50 million of LIFO charge in Q4, am I reading that correctly, you're suggesting a moderation in the LIFO impact in Q4 and in the coming quarters? How should we compare that to in the 2022 period where you had more of a full 12-months impact of LIFO headwind? And how does today's environment differ from then? Thank you.

### Gary Millerchip

Sure. I'll maybe break the question into a couple of parts, because I think it's probably helpful just to explain how -- I hate to get sort of too technical on the accounting side, but just at least give a brief explanation of how we follow rules in calculating our LIFO charge.

So, essentially, and you may recall, the first two quarters of this year, we were seeing slight deflation in non-food. So, we actually had a credit to our LIFO charge for the first two quarters, largely because foods and sundries and fresh were generally sort of fairly stable and sort of low inflation, which continues to be true, and non-foods being deflationary.

Case: 1:26-cv-02734 Document #: 22-1 Filed: 05/18/26 Page 18 of 32 PageID #:72

In the third quarter, we saw non-food start to become slightly inflationary. And so, because of the way our LIFO calculation works, we're essentially estimating for the full year, what the LIFO charge will be. So, we're saying, what will our inventory net landing cost of an item times the number of items that we have in inventory at the end of the year, how will that cost compare to the cost at the start of the year.

And what we do is we sort of calculate what we estimate that will be for the end of the year, and then we take the proportionate amount of the number of quarters. So, if you think about the third quarter, we saw higher inflation and as we were calculating out our point estimate for the end of the year based on that calculation, it's about $145 million, call it, for the full year based on the current inflation rate that we're seeing.

So, we have to take three quarters -- not quite three quarters, nine, 13, so nine periods out of 13 periods in the year-to-date catch-up in the quarter alone. So, the $130 million charge isn't a charge for the quarter, it's really a true-up for the whole of the year for our estimate of inflation. And because we'll have full 13 of that charge in the fourth quarter if inflation stays the same, that's where the $40 million to $50 million incremental charge comes in the fourth quarter.

So, really, all of that is getting us to the same data that we're looking at today, which is saying we believe there is inflation in our system because of the higher cost in non-foods. The inflation rate has turned slightly positive on non-foods. We're estimating based on current inflation rates that we see, the charge for the year will be $145 million. We've had to catch that up in the first three quarters. So, it's a $130 million charge in the first three quarters that we show in Q3, and then there'll be an incremental $40 million to $50 million charge in Q4.

That $40 million to $50 million estimate is really just based on what our current inflation rate is. So, if that inflation rate stays the same, if the tariff situation doesn't really change materially, that's our best estimate of what that outcome would be for the year. If we were to see higher tariffs, which led to higher cost of goods or lower tariffs and lower cost of goods, that could move that number up or down, and we'd have to true it up for the whole year in the fourth quarter, because it's an estimate of the inventory value at the end of the year.

So, I'm sorry if that was a bit long-winded, but I was trying to make sure I'm giving you kind of how the math works because it could feel a bit misleading that we're saying there was $130 million of inflation during the quarter, but it's really a true-up for the first three quarters of the year.

Costco Wholesale Corporation (COST) Q3 2025 Earnings Call Transcript | Seeking Alpha

And then, I would say, in general, that still means that inflation is below where it would have been back in the post-COVID period. Our inventory levels are anywhere between $12 billion, $13 billion. And so, if you think of a charge of $145 million of LIFO charge, that's really only 1% to 1.5% of inflation overall within our LIFO calculation. So, it's still relatively low overall inflation, but it certainly is a change in trajectory from what we were seeing in the first two quarters.

**Zhihan Ma**

That's very helpful. Thank you. Just a quick follow-up. Does that -- some of that bleed into the first half of next year as well?

**Gary Millerchip**

It really depends on what happens with inflation going forward. So, it wouldn't -- we take the new level of inflation at the end of the fiscal year, and then our LIFO forecast for 2026 would be based on whether we think inventory -- the amount of inventory and the net landed cost of the product will increase in that year. So, it really depends on -- there wouldn't be a carryover from current inflation into 2026, but if inflation was to rise again, that could create a higher LIFO charge in '26 or a lower LIFO charge if tariffs were reduced.

**Zhihan Ma**

Okay. Very helpful. Thank you.

**Gary Millerchip**

So, just to clarify, the LIFO charge, the $12 billion to $13 billion is for U.S. inventory, because we're still on the retail method for our -- most of our international countries. So, it's really based on our U.S. business that the LIFO charge is incurred.

**Zhihan Ma**

Okay. Thank you.

**Operator**

And our next question comes from the line of Greg Melich with Evercore ISI. Your line is open.

**Greg Melich**

Costco Wholesale Corporation (COST) Q3 2025 Earnings Call Transcript | Seeking Alpha

Hi, thanks. Just one quick clarification and then a follow-up on digital. On the inflation in grocery last quarter, you said it was slightly positive. Was that around 0%, 1%? Is that the sort of range we're talking about?

## Gary Millerchip

Yes, it would be in that range, maybe slight -- just slightly higher than that, Greg, but you're in the right ballpark, low-single-digits, for sure. And again, very similar to last quarter. In grocery, it's a bit like it's been, for the year-to-date, there are some items that are inflationary within grocery. So, while egg prices have come down, as we mentioned earlier on within the year, they're still inflationary compared to what we would have seen in eggs last year. Things like pulp are still inflationary as well within grocery, but then you've got butter, flour and cheese and some of the dairy items that have turned deflationary. So, there's quite a bit of moving parts in there, but it really hasn't changed that materially since the earlier part of the year overall.

## Greg Melich

And what I'd love to do is a little deeper on digital, just given the double mid-teens growth. Could you just level set us now on what percentage of the business is digital? And particularly that Costco Logistics, up 31%. And what percentage of e-commerce is now done through Costco Logistics?

## Gary Millerchip

Yeah. On the first part of the question, it depends on the definition you use. So, if you just do the sort of math on our business and how we define digital, which, as a reminder, doesn't include the delivery solutions that we offer through Instacart. It doesn't include our travel business where most of it would be online. So, there's a number of elements that I think others might include in the sort of e-commerce business that we wouldn't.

So, on the straight math on how we define it, it would be about 8% of our business. If we included some of the components that others would include, it probably takes it to slightly north of 10%. And then, if you would take gas out of our total sales, which I know, obviously, there isn't any commerce element to gas, it's around the 12% of total sales that we generate today, Greg.

And then, in terms of...

## Greg Melich

Case: 1:26-cv-02734 Document #: 22-1 Filed: 05/18/26 Page 21 of 32 PageID #:75

And then, for Costco Logistics?

**Ron Vachris**

Costco Logistics...

**Ron Vachris**

This is Ron. It's about 20% to 25% of our total deliveries for Costco Logistics, but it is about 80% to 85% of our big and bulky. We don't run -- we make our buyers make decisions of what to put through that network and what not to put through it. And so, they look for the best cost delivery source. And so, we know that big and bulky patio furniture, television, safe, those kind of things, all but the super specialty stuff we run through Costco Logistics. So, a big chunk of that business is going through the network of big and bulky.

**Greg Melich**

And is there any members that haven't used your digital yet in some way, shape or form, or is it still only half the people that really use it?

**Gary Millerchip**

Yeah. It's over half has downloaded the app for sure, but there's still plenty of opportunity for growth in our mind. We still see it as an area where we'd expect to outpace our overall growth. And as we continue to improve the member experience with enhancements every quarter, Greg around, whether it's the inventory available on the app or improving the search functionality, improving the way in which we communicate with members, as I talked about earlier on the call, we believe all of those things are going to drive more digital engagement.

We think tied to even some of the comments that Ron was making about speed of checkout, where members use their digital wallet and have their payment card integrated within the wallet, it significantly increases the speed of checkout through the check lane in the warehouse as well. So, we still think there's plenty of opportunity to keep driving higher penetration of digital engagement with our members and we think it's got a runway to continue to grow in the future.

**Greg Melich**

Great quarter, and thanks for the details.

**Gary Millerchip**

Sure. Thank you.

**Ron Vachris**

Thank you.

**Operator**

And our next question comes from the line of Chuck Grom with Gordon Haskett. Your line is open.

**Chuck Grom**

Thanks. Good afternoon. Ron, you called out some technology efforts at the front-end as an opportunity. Could we double-click on that a little bit?

And then, with regards to the extended hours of operation at the gas stations themselves, have you thought about testing that within the clubs? Thanks.

**Ron Vachris**

Sure. The first question, yeah, as Gary said, we found that digital really enhances the speed of checkout. And so, we are really working hard on the digital membership card usage as well. We've also engaged in some "Scan & Go done by Costco" kind of tests that we're doing out there that have been extremely successful of moving people through the lines and expediting the transactions. We've seen some very, very early results have been very positive and great adoption from our members seeing that as well.

So, we're just looking at the whole overall -- our operations team is really focused on the front-end, and we know there's many benefits to that part of the Costco experience of moving people through much better. So, it really is using the digital enhancements that we have available today, and we think we'll see some good things going through there.

And yeah, we continue to look at the hours of the operation as well. Gas has been very accretive to gallon growth in our sales in the gas business. So, we continue to look at the operations side of things as well, the warehouse hours.

**Chuck Grom**

Great. Thank you.

Costco Wholesale Corporation (COST) Q3 2025 Earnings Call Transcript | Seeking Alpha

**Operator**

And our next question comes from the line of John Heinbockel with Guggenheim Securities. Your line is open.

**John Heinbockel**

Hey. A quick one for Gary, one for Ron. For Gary, I know you got a depot opening in Florida soon. Can you remind us on the supply chain side, distribution, transportation, what's the opportunity there to continue to lower cost from where we are now?

And then, Ron, have you made any changes with regard to tariffs on how you think about receipts demand planning over the next, I don't know, six months and how you flow that in how -- it's harder maybe for you to chase inventory, but how do you attack that, if at all?

**Gary Millerchip**

Thanks, John. On the depot, I think that it's certainly interesting being relatively new to the company to see really how efficiently we operate our depot network because I think you may be familiar with, we generally are not really holding inventory in any of the depots, we're moving products straight through.

So, I think it ties a little bit to your point of as we grow in scale, how do we make sure we optimize the network to be even more efficient just because of the scale of operations that we have now. And we know that when we look at our most productive warehouses and highest volume areas, we see incremental leverage that's created in our overall financial model. So, I don't think there'll be anything we call out as being a change in strategy, but certainly continuing to invest capital in places where it makes sense to optimize the network for depots, we think can help continue to improve our efficiency.

And then, I think the second part of it would probably be more in e-commerce. As we're growing that business, we have built out the Costco Logistics network and invested in especially on the west side of the country. I would say, when we acquired Innovel, there was a strong presence in the East, less presence in the West. And so, we built out that network. And I think it's part of how we keep showing improvement quarter-over-quarter in the other gross margin line, where e-commerce continues to improve. Part of that is really leveraging those investments to drive more scale and more efficiency in our e-commerce operations. That's probably the bigger area where you see it in our results quarter-to-quarter.

Case: 1:26-cv-02734 Document #: 22-1 Filed: 05/18/26 Page 24 of 32 PageID #:78

**Ron Vachris**

And the question on strategic planning of future buying, yes, we -- our buyers are extensively going through short-term, mid-term and long-term strategies as far as buying goes. As you know, the continuous changing environment out there has presented a lot of opportunities for that group to stay on top of this.

And we're having to make some decisions based on the current information that we know today. As you can imagine, with our volume and the size of our company, our commitments are six to eight months out for supply with a lot of our suppliers. And in doing that, we're empowering our buyers to make decisions now based on the importance of the item. And is it something that we can replace with something domestically here, or is it something that we need to go ahead and move on quickly and bring in prior to any future tariff increases?

So, they have a strategic plan out there. They're looking at different areas. We went through a lot of this exercise during the COVID days when you couldn't get goods out of China for a different reason, that's the shipping backups that we have there. And I think our -- and I know our buying team executed great results during those periods of being very nimble and going out and finding new places to bring value and quality to our members.

So, we're going to remain nimble. We're going to make good decisions. And the nice part is we do have some non-U.S. business that we can work closely with if we do get caught with something at a higher tariff rate that we don't feel would be something good for our members here in the U.S., we can work with the other regions to move goods out there as well.

**John Heinbockel**

Thank you.

**Ron Vachris**

You're welcome.

**Operator**

And our next question comes from the line of Rupesh Parikh with Oppenheimer. Your line is open.

Costco Wholesale Corporation (COST) Q3 2025 Earnings Call Transcript | Seeking Alpha

## Rupesh Parikh

Good afternoon. Thanks for taking my questions. So, two quick ones for me. So, just going back to the core-on-core margin improvement, Gary, do you expect some of the positive drivers you saw during the quarter to continue near term?

And then, second, just on tariffs, just given maybe there's some hope out there, some of these tariffs will be rolled back. If we do see that, would you expect your vendors to reduce some of the tariff-induced price increases?

## Gary Millerchip

Yeah. Thanks, Rupesh. On the core gross margin, I would say some of those were fairly unique to the quarter in the sense that the adjustment that we saw around some of the deflation in some of the ingredients that I talked around, around butter and eggs and dairy. And I think as you know, we continue to look for ways to invest in the member to drive top-line growth in our sales. So, I think again versus sort of maybe talking about what might happen in the next few quarters, I think of it really sort of reflecting what I shared earlier in the call, where how can we continue to invest those dollars to drive more value for the member, drive top-line growth in the company.

I do think that we've been able to be somewhat nimble in that -- if there are continued impacts on inflation in non-foods, obviously, we could see some impact there that where we're giving back to the member essentially to try and hold on some of the increases there and the benefit that we've had on things like fresh in particular, where you look at the productivity improvements and spoilage improvements. Obviously, those are the things that can potentially fund our investments in other areas to ensure that we're delivering for value -- more value for the member. So, I think we look at it more on the longer-term versus the short-term benefits, but we'll continue to look for ways to invest to drive top-line growth in the business.

Costco Wholesale Corporation (COST) Q3 2025 Earnings Call Transcript | Seeking Alpha

And then, I think from a tariff rollback, it's kind of really difficult to predict. Obviously, we're operating in really a dynamic environment, and we're staying agile. I think all of our suppliers are staying agile. And really, the focus is on how do we react to the moment and make sure that we're there for our members in managing price of the products and continuing to find the most relevant items to the members. So, it's a little bit difficult to predict what might happen around the corner. But I think, as Ron mentioned earlier, we believe we're -- because of our limited SKU counts and the expertise of our buyers and that long-term commitment to our suppliers that we have, we believe there's opportunity for us to continue to widen our value versus the market as we adapt to the changing environment.

**Rupesh Parikh**

Great. Thank you.

**Operator**

And our next question comes from the line of Kelly Bania with BMO Capital Markets. Your line is open.

**Kelly Bania**

Hi, good evening. Thanks for taking our questions. Just wanted to try and see if we can understand your stance on inventory planning here. You made the comment that raising prices is the last resort, which is clearly consistent with Costco's pricing philosophy, but as we look out into the back half of this year, can you give us a sense of how much price that might not be able to mitigate that might end up having to be passed on and how that could impact your units, particularly on the discretionary side of the business, how you might be planning those?

And then, I guess, also with respect to inventory, are you seeing an environment that is supporting an elevated level of opportunistic buys in this dynamic environment?

**Gary Millerchip**

Case: 1:26-cv-02734 Document #: 22-1 Filed: 05/18/26 Page 27 of 32 PageID #:81

Sure. Thanks, Kelly. I think as I mentioned a moment ago, it's just such a dynamic environment right now that really the focus that we've had in our buying teams is really staying agile to manage the situation. I think I mentioned on the prepared comments, a lot of the focus the team has right now is as we look at the impact of tariffs, where are the places we can work with our suppliers to find ways to be offsetting some of the impact of those, where are places where we could potentially be sourcing with them from different countries, if that's practical to minimize the impact. And in some cases, we're also looking at, I think, a benefit of being a limited SKU count model is we can look at rotating into different items and finding different assortment that makes more sense for the members.

So, I think to answer your question, it's probably -- it's difficult to say in general terms, because it really depends on the individual items and looking at how do we make sure we're delivering the best value for the member and delivering the right items that will really resonate with them and drive the volume that we allow us to keep those prices very low and really kind of doing it item by item.

I'll give you a couple of examples that might be helpful. As we looked at what happened with fresh, for example, during the last quarter, we saw inflation as a result of tariffs because we import certain fresh items from Central and South America. So, on pineapples and bananas, for example, because they are key staple items to the member, and we felt it was important to really eliminate the impact there for the member by working with our suppliers and by us finding efficiencies and accepting that there may be a margin impact, we essentially held the price on those to make sure that we're protecting the member.

When we looked at -- we also source flowers from Central and South America. We looked at that item and decided that while we were able to offset some of the tariffs through similar activity that we did increase some price there because we felt that, that was something that the member would be able to absorb and it was more of a discretionary item there.

Costco Wholesale Corporation (COST) Q3 2025 Earnings Call Transcript | Seeking Alpha

If I look at the non-food examples, we're starting to look now because of the potential impact of tariffs is where are there places where there are items that are produced in the U.S. where we might have opportunities to lean in more to some of those items to deliver great value. It might be live goods, mattresses and pillows I mentioned, I think, in the prepared comments on the call, even U.S. outdoor furniture. Some of these areas where we think there could be opportunities to really deliver value for the member when there are maybe some places where that value might not be there because of the impact of tariffs.

Health and beauty would be another good example, I think, in nutritional items that have grown really strongly for us, and we see strong continued appetite for those items for member, so looking to really see whether opportunities to buy great items at great quality and value for our members there as well.

### Kelly Bania

Thank you. I was curious if I could just follow up with a question on Affirm partnership and the thought process there. Clearly, Costco has maybe a more defined set of payment options for members than typical retailers. So, just curious if you tested this and how -- what you expect to get out of this? Is it just more support for kind of the big and bulky purchases? Just any thoughts there?

### Gary Millerchip

Yeah, it's very much as you described, Kelly. We saw that -- actually, we saw partly because with -- Affirm has a white label product, if you like, where it's offering service to members that there were some Costco members that were already using Affirm as a solution for a part of purchasing certain products at Costco, while not coming through our ecosystem and not getting the full value from Costco with the exclusive pricing that we can offer to members on the Affirm product when it's -- through our website and through our digital solutions.

And as we looked at the growth that we're seeing, which has been very strong in many of those big and bulky and large purchase items, we recognize there are some members that want to be able to structure those payments over a period of time. And we believe it's an opportunity for us to be able to deliver more value for the member by having exclusive pricing there while also giving them more options in the way in which they can buy the product.

### Kelly Bania

Case: 1:26-cv-02734 Document #: 22-1 Filed: 05/18/26 Page 29 of 32 PageID #:83

Thank you.

## Operator

And our next question comes from the line of Kate McShane with Goldman Sachs. Your line is open.

## Kate McShane

Hi. Good afternoon. Thanks for taking our question. The numbers really do speak for themselves when it comes to membership growth, but we wondered if there was anything to note just given that it's been several months since the price increase in terms of any kind of member response. And internationally, have you seen any kind of impact from Costco being a U.S. brand?

## Gary Millerchip

Yeah. Thanks, Kate. Overall, on membership, I'd say we're very pleased with the metrics. We tend to look at it across renewal rates, continued sign-up activity overall and then is the membership count and the income growing. And when we look at those three metrics, we're pleased with the overall direction that we're seeing in all of those metrics.

It's a little bit early in the renewal calculation still to have a really good feel for any impact from the membership fee increase that we'd just be starting to see some of that into the number now, but nothing that we'd flag as material in the numbers that we're seeing in renewal rate.

I think as we shared before, we really haven't heard a lot of member feedback. I think the fact we waited seven years to increase the fee when we typically would do it in five. And so, there was a level of understanding it may be coming and then also holding on many prices around the hot dog and the rotisserie chicken at times when inflation was higher as well. So, nothing in general, I would call out there.

Costco Wholesale Corporation (COST) Q3 2025 Earnings Call Transcript | Seeking Alpha

And overall, then in terms of the international business, to your question, I would say that we -- our members are very vocal in sharing feedback, and I think there is -- we certainly hear some feedback from members that they wish the relationship was better today between the countries. But in terms of sales growth, as you saw in our published numbers, we continue to have really strong sales growth in Canada and international. In fact, I was just looking this morning, all of our international countries had positive comp growth during the quarter as well. So, there's really nothing that we call out other than I think there's definitely a recognition that there's tension at the moment between the relationships.

**Kate McShane**

Thank you.

**Operator**

And our final question comes from the line of Peter Benedict with Baird. Your line is open.

**Peter Benedict**

Hi, guys. Thanks for sneaking me in. I guess, a question on the renewal rates, and I know you flagged that they would be coming in a little bit because of the nature of the past sign-up. How long do you think this persists? When do you think it may stabilize? And then, any theories as to why these digital members renew at a lower rate? Do you have any strategies to address that? Is it just the nature of the member or the new customers that are signing up? Just curious your thoughts on that. Thank you.

**Gary Millerchip**

Yeah. Thanks, Peter. I'd say overall, we expect it's likely to continue for a while. You may recall, last quarter, it bumped up by 20 basis points. This quarter, it bumped down by 30 basis points. And so, you kind of have this lag of periods of time where we've got these digital promotions that we're doing that are coming into the calculation. And there are some members that are taking advantage of a unique promotion there, and there are also a younger -- an average younger age of member in that group as well. So, we tend to see they renew at a slightly lower rate overall within digital. So, I think this is something that we'd expect to see a period of time to come because of those factors.

Case: 1:26-cv-02734 Document #: 22-1 Filed: 05/18/26 Page 31 of 32 PageID #:85

And then, you add to that, that there wasn't really any impact from this in this quarter, but we do have Asian warehouses that open that have a large number of members per warehouse can be four to five times the average that we see in the U.S. per warehouse and some of that is really in the first year just traveling long distances to come and see the warehouse for the first time. And then, we do see a lower renewal rate on those warehouses and the denominator is big. So, it does have an impact there as well. So, I do think you should expect that to continue for the foreseeable future.

I think to the second part of your question that we do see it as an opportunity, especially with the digital members that -- as we see more members start to sign up digitally, getting them into the warehouse, engaging with them more through more relevant and personalized communication, there's an opportunity to move those members of the loyalty curve and renewal rates more significantly.

Part of that in truth is also just a maturity in general. When we look at our younger members, they generally renew at a slightly lower rate. And so, it's not a surprise to us that that's the case, but we think there's an opportunity for us to improve that renewal rate by continuing to engage with them more effectively digitally and making sure we bring them into the warehouse.

**Peter Benedict**

That's helpful color. Thanks, Gary. Good luck.

**Gary Millerchip**

Thanks.

**Operator**

And ladies and gentlemen, this will conclude our question-and-answer session and today's call. We thank you for your participation, and you may now disconnect.

- Read more current COST analysis and news

- View all earnings call transcripts

## Comments (1)

Sort by      Newest    ▼      ⋮

Case: 1:26-cv-02734 Document #: 22-1 Filed: 05/18/26 Page 32 of 32 PageID #:86

If you type a company or ETF ticker symbol in capital letters we will automatically link to the symbol page. You can remove the link by deleting the $ in the comment.