## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Matthew Stockov

Plaintiff,

v.

Case No.: 1:26–cv–02734
Honorable Steven C. Seeger

Costco Wholesale Corporation

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 19, 2026:

      MINUTE entry before the Honorable Steven C. Seeger: The Court sets the following briefing schedule on the motion to dismiss. (Dckt. No. [22]) Plaintiff shall respond to the motion to dismiss by June 16, 2026. Defendant's reply is due by June 30, 2026. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.