# EXHIBIT 1

**TRENDING**

# Costco Quietly Makes Change to Famous $1.50 Hot Dog Combo

Thankfully, it's not the price.

**April 29, 2026, 10:12 AM CDT / Source: TODAY**

 Chrissy Callahan


Add TODAY to Google

Fans of Costco's popular hot dog combo now have another drink option to choose from when they order the $1.50 meal.

The membership warehouse club is known for its steep discounts on household essentials, but its food court has also gained a loyal following for offering the affordable hot dog and soda combo, whose price hasn't increased since the 1980s.

Recently, many customers have noticed that Costco is now offering the option to order a water bottle with a hot dog instead of a 20-ounce soda. The hot dog and soda combo, which comes with a drink refill, remains available.



New signage shows Costco Wholesale stores serving Coca-Cola products in their food courts, shown here on July 19, 2025 in San Diego, California. Costco Wholesale previously served Pepsi products. **Kevin Carter/Getty Images**

One Instagram user recently shared a screenshot of the updated menu, which includes a Hot Dog & Soda Combo and a Hot Dog & Water Combo, both for $1.50.

"I love that Costco is now also offering the hot dog combo with water!" they captioned the post.

Some shoppers are just discovering the menu update, but many social media users were already in on the secret several months ago. In November, one customer shared a video of herself purchasing the hot dog and water bottle combo.

Watch now

**@beauty2thestreetz** ✓

Let's go to Costco and pick up the hotdogs. They now offer water ...See more

original sound - Shirley

When a Reddit user discovered the new menu option several months ago, they shared a post on the platform. Many other Redditors shared their reactions in the comments section.

"Many times I've refused the cup and spent the 25 cents on the bottled water. So this is welcome," one commented.

"Interesting. Soda is 69 cents (nice) and most store have the vending machine with water for 25 cents. Nice to have the option though," another wrote.

One Canadian customer said their local store in Toronto had already been rolling out the menu update "for several months" at the time.

TODAY.com reached out to Costco for comment but did not immediately hear back.

Costco customers have been fans of the $1.50 hot dog combo for decades, especially the fact that the price hasn't risen since the 1980s.

In 2024, Costco CFO Gary Millerchip addressed concerns that the store may need to raise the combo's price amid increasing inflation.

"To clear up some recent media speculation, I also want to confirm the $1.50 hot dog price is safe," Millerchip said during the chain's Q3 2024 earnings call.

The statement came after Millerchip's predecessor, Richard Galanti, had suggested that the combo's price could change, telling Bloomberg, "It's probably safe for a while."

Previously in 2022, Galanti said Costco had no plans of increasing the combo's price, maybe "forever."

The price of the hot dog combo may have remained static in recent decades, but Costco has made changes to who has access to the affordable meal deal.

In 2024, Galanti told Axios that Costco locations with outside food courts would begin requiring membership cards to order from its menu.

"One of the challenges is that some of the food courts have gotten so busy, particularly if it's near some office buildings or construction sites," Galanti said at the time. "We were getting member complaints."

The same year, Costco announced it was raising customer membership fees for the first time since 2017.

And in 2025, its food court swapped out Pepsi products for those from Coca-Cola. It had served Pepsi since 2013, when it switched from Coca-Cola after 27 years.



Chrissy Callahan

Chrissy Callahan is a writer for Today.com.

Login    Watch TV

**Recommended Videos**

**COSTCO** **Published** June 9, 2020 7:29pm EDT

# Why Costco's rotisserie chicken has cost the same for 11 years

'We were willing to eat, if you will, $30 to $40 million a year in gross margin by keeping it at $4.99'



Add Fox Business on Google

By Ann Schmidt | **FOXBusiness**

[Rotisserie chickens](#) at [Costco](#) have had the same [price tag](#) since 2009, despite losses over the years.

In fact, the [wholesale](#) retailer kept selling its 3-pound chicken for [$4.99](#) during the avian flu outbreak in 2015 which caused chicken prices to increase, according to a 2018 report from [The Wall Street Journal](#).

During an earnings call in 2015, Costco chief financial officer Richard Galanti said the company was willing to lose tens of millions annually to keep the rotisserie chicken price steady, [The Seattle Times](#) reported at the time.

### [WENDY'S BEEF SUPPLY RETURNS TO 'NEAR-NORMAL LEVELS' FOLLOWING SUPPLY CHAIN ISSUES](#)

"When others were raising their chicken prices from $4.99 to $5.99, we were willing to eat, if you will, $30 to $40 million a year in gross margin by keeping it at $4.99," Galanti said. "That's what we do for a living."

The inexpensive rotisserie chicken is meant to bring in foot traffic in the hopes that customers will pick up other, more expensive items along the way, The Journal reported.

In fact, Costo keeps its rotisserie chickens in the back of the store for just that purpose.

## COSTCO'S SALES FALL FOR FIRST TIME IN OVER A DECADE

According to The Journal, Costco sold 87 million rotisserie chickens in 2017 and in 2018, the company sold 91 million, CNN reported last year.

Overall, 625 million rotisserie chickens were sold in the U.S. in 2017, The Journal reported.

Even though the company has kept its rotisserie chicken price the same, Costco has saved money by buying bigger ovens and using containers made with less plastic for packaging.

## GET FOX BUSINESS ON THE GO BY CLICKING HERE

The wholesaler even built a $300 million chicken plant in Nebraska, according to The Journal.

According to a 2018 report from NPR, the completed plant was expected to process more than 2 million chickens for rotisserie chickens and for parts.

By owning its own chicken processing plant, Costco is able to control its supply and costs, NPR reported.

| Stock Symbol | COST |
|---|---|
| Stock Name | COSTCO WHOLESALE CORP. |
| Stock Price | 979.45 |
| Stock Change | -2.90 |
| Change % | -0.30% |

But rotisserie chickens aren't the only Costco item that has stayed at a fixed price. Its famous hot dog and soda combo in the store's food court has cost $1.50 since 1985, according to Business Insider.

## CLICK HERE TO READ MORE ON FOX BUSINESS

Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and implemented by FactSet Digital Solutions. Legal Statement.

This material may not be published, broadcast, rewritten, or redistributed. ©2026 FOX News Network, LLC. All rights reserved. FAQ - New Privacy Policy

Ninja CREAMi Deluxe 11-in-1 Ice Cream and Frozen Treat Maker $40 OFF



 Warehouses |  Account |  Cart

 Shop

Search Costco

My Warehouse
📍 **Southlake**
Open until 8:30PM

Delivery Location
📦 **75014**

Home / About

**Why Costco**     **Careers**     **Our Values**     **Resources for Applying**



## About Us.

Be valued,
We promote from within.

## Did You Know?

Costco Wholesale is a multi-billion dollar global retailer with warehouse club operations in eight countries. We are the recognized leader in our field, dedicated to quality in every area of our business and respected for our outstanding business ethics. Despite our large size and explosive international expansion, we continue to provide a family atmosphere in which our employees thrive and succeed. We are proud to have been named by Washington CEO Magazine as one of the top three companies to work for in the state of Washington.

## What Is Costco?

Costco is a membership warehouse club, dedicated to bringing our members the best possible prices on quality brand-name merchandise. With hundreds of locations worldwide, Costco provides a wide selection of merchandise, plus the convenience of specialty departments and exclusive member services, all designed to make your shopping experience a pleasurable one.

## The History of Costco

The company's first location, opened in 1976 under the Price Club name, was in a converted airplane hangar on Morena Boulevard in San Diego. Originally serving only small businesses, the company found it could achieve far greater buying clout by also serving a selected audience of non-business members. With that change, the growth of the warehouse club industry was off and running. In 1983, the first Costco warehouse location was opened in Seattle. Costco became the first company ever to grow from zero to $3 billion in sales in less than six years. When Costco and Price Club merged in 1993, the combined company, operating under the name PriceCostco, had 206 locations generating $16 billion in annual sales.

Our operating philosophy has been simple. Keep costs down and pass the savings on to our members. Our large membership base and tremendous buying power, combined with our never-ending quest for efficiency, result in the best possible prices for our members. Since resuming the Costco name in 1997, the company has grown worldwide with total sales in recent fiscal years exceeding $64 billion. For additional information about Costco, download the Costco Story in a PDF format to learn more.

Costco has transformed the retail world. When entrepreneur Sol Price introduced a groundbreaking retail concept in San Diego, California. Price Club was the world's first membership warehouse club, a place where efficient buying and operating practices gave members access to unmatched savings.

At first, Price Club was limited exclusively to business members, who could purchase a wide range of supplies and wholesale items. Jim Sinegal, the executive vice-president of merchandising, distribution and marketing, was instrumental in fine-tuning the merchandise and marketing strategies, helping to turn Price Club into a success story that changed the face of retailing worldwide.

Seven years later, Jim Sinegal channeled his expertise into co-founding Costco Wholesale with Jeff Brotman, and together they opened the first warehouse in Seattle, Washington in 1983.

Over the next decade, both Price Club and Costco Wholesale continued to innovate and grow, and in 1993, the two mega-retailers merged, creating a gifted leadership team that soon made Costco the world's most successful warehouse club.

Today, as the company evolves, it stays true to the qualities that helped attract and retain millions of loyal members around the globe:

Commitment to quality. Costco warehouses carry about 4,000 SKUs (stock keeping units) compared to the 30,000 found at most supermarkets. By carefully choosing products based on quality, price, brand, and features, the company can offer the best value to members.

Entrepreneurial spirit. Throughout the decades, the entrepreneurial drive for excellence has continued to define Costco staff at every level. From its management team to the people on the warehouse floor, everyone is united in a common goal to exceed member expectations.

Employee focus. Costco is often noted for being much more employee-focused than other Fortune 500 companies. By offering fair wages and top-notch benefits, the company has created a workplace culture that attracts positive, high-energy, talented employees.

Apply Now

Information for **Utah Applicants** | Information for **San Francisco Applicants** | View our **California Job Candidate Notice**
If you are applying in Puerto Rico: Please print an application and submit in person to a location: **English** | **Spanish**
Costco participates in E-Verify nationwide. **Learn more about E-Verify** | **Warning: Fraudulent Job Offers**

## Get Email Offers

| Enter your email | Go |

---

**About Us** ⌄

---

**Membership** ⌄

---

**Vendors & Suppliers** ⌄

---

**Customer Service** ⌄

---

**Locations & Services** ⌄

---

**Select Country/Region:** ⌄

Site Map     Terms and Conditions     Your Privacy Rights     CA Notice     CA Social Compliance

Cookie Settings      Your Privacy Choices     Consumer Health Data     Feedback

          

© 1998 — 2026 Costco Wholesale Corporation. All rights reserved.

RETAIL

# Costco has a brilliant strategy that allows it to get great press, save money, and pay workers $15 per hour

Analysis by **Kate Taylor**



Elaine Thompson/AP

Mar 16, 2019, 8:35 AM CT

Costco gets some of the best press in America.

"12 Reasons To Love Costco, As If You Needed More," HuffPost reports. "Costco Was Named The Best Company To Work For, Because Duh," reads a Delish headline. Chef Samin Nosrat name-dropped Kirkland Signature organic extra-virgin olive oil in a recent Seattle Times interview, while Consumer Reports celebrated the chain's dishwasher pacs.

***Read more:*** *Costco's olive oil is celebrated by experts and Netflix-famous celebrity chef Samin Nosrat — and it is a fantastic deal*

In the last month alone, Business Insider has published "9 times when Costco is better than Amazon," "Warren Buffett explains how Costco is dominating in one crucial area," and "Millennials are obsessed with raising plants, and Costco is poised to capitalize."

Most American retailers would spend millions of dollars to plant this type of coverage, with a barrage of commercials and press releases highlighting companies' achievements. Clearly, the budget retailer's public relations team deserves a raise.

However, Costco doesn't have a PR team at all. And, while rivals spend billions on ads, the company spends nothing on advertising.

## Why Costco believes advertising is evil



**Costco founder Jim Sinegal (center) and CEO Craig Jelinek (right) with former Vice President Joe Biden.** Susan Walsh/AP Images

"We consider [advertising] evil," Costco cofounder Jim Sinegal told The Motley Fool in 2013. "Because it costs money; anything that is going to raise our price on merchandise is bad. We've got to have that type of an attitude."



**Explore BI Games**
Take a smarter break in your day - and see how far you get.

Play now

Amazon spent $6.3 billion in advertising and other promotions in 2017. Target spent $1.4 billion. Walmart spent $3.1 billion on advertising in 2018, up from $2.9 billion in 2017.

Costco saves <u>an estimated 2%</u> a year in costs by not advertising, allowing the company to reinvest that money in slashing prices. This strategy has allowed Costco to keep prices extremely low, often undercutting the competition.

"We recognize and appreciate that members of the media are interested in Costco, its products and its merchandising philosophy," Costco said in a statement to Business Insider. "However, the company's successful business model is based on maintaining a lean operation. As a result, departments such as Public Relations and Advertising do not exist at Costco."

This "lean" operation is obvious to any reporter trying to get in touch with Costco.

Costco has reporters fill out a Google Doc, warning them that they likely will not receive a response for up to 48 hours. Typically, this response will be a couple of sentences or a variation on "no comment" from someone on the minuscule corporate communications team who ends emails asking not to be identified by name.

***Read more:*** *<u>Costco offers some of the best deals in the retail industry — here are 7 ways the store keeps prices dirt cheap</u>*

"In the same way we offer a no-frills shopping experience in a warehouse environment, choosing not to staff departments that aren't critical to our day-to-day business is one more way we're able to keep prices low and pass on savings to Costco members," one of these Costco representatives said in a statement.

The average markup on a Costco item is just 11%, <u>Fortune reports.</u> For comparison, the average markup at Walmart is 24%. Supermarkets mark up prices by 30% on average, and Home Depot and Lowe's boost prices by an average of 35%.

Despite refusing to pay for advertising, Costco isn't stingy in other areas. The company is known for paying workers more than rival retailers, recently raising its minimum wages from $14 and $14.50 up to $15 and $15.50. The company regularly tops lists of the best workplaces in America.

**Read more:** *Costco is raising its minimum wage to $15 as the war for talent rages on*

In other words, instead of spending money on PR and advertising, Costco is spending money on paying workers more and making items more affordable for customers.

Apparently, a company doesn't need multimillion-dollar PR campaigns when employees and customers will essentially provide free marketing.



**Legal & Privacy**

Terms of Service    Terms of Sale    Privacy Policy    Accessibility    Code of Ethics Policy

Reprints & Permissions    Disclaimer    Advertising Policies    Conflict of Interest Policy

Commerce Policy    Coupons Privacy Policy    Coupons Terms    Your Privacy Choices

**Company**

About Us    Careers    Advertise With Us    Contact Us    News Tips    Company News    Awards

Masthead

**Other**

Games    Sitemap    Stock quotes by finanzen.net    Corrections    Community Guidelines

AI Use    BI Live

**International Editions**

AT    DE    ES    JP    PL    TW

Copyright © 2026 Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our Terms of Service and Privacy Policy.

# Costco says its $1.50 hot dogs and $4.99 chickens are helping members stomach the annual fee increase



*Costco reported a renewal rate of 92.9% in the US and Canada during the fourth quarter. Damian Dovarganes/AP*

Costco says members have largely shrugged off the latest fee increase.

The company has seen "no real change in trend" for sign-ups or renewals in the months following the announcement of the hike, CFO Gary Millerchip said during Costco's fourth quarter earnings call Thursday.

Millerchip also noted that Costco delayed the fee increase by about two years compared with its typical average cycle, due to the impacts on consumers from the pandemic and inflation.

For the fourth quarter, which ended before the higher fee actually took effect, Costco reported a renewal rate of 92.9% in the US and Canada.

"We've been able to stave off inflation on things, like the hot dog pricing at $1.50 and the rotisserie chicken at $4.99, and generally demonstrating the way that we're lowering prices for members wherever we can," he said.

"There's been a recognition that in the context of what's happened more broadly over the last seven years, that we've stayed true to our principles of really trying to help the member and deliver the value," he added.

Millerchip also said that pairing the news with a wage increase for workers demonstrated Costco's commitment to investing in the key drivers of the business.

For the full fiscal year, membership fees totaled $4.8 billion, representing half the total operating income for the period, and the company expects the benefit from the fee increase to begin showing up in the next six to 12 months.

"We've been making investments — whether it be in wages for our employees or in lowering costs — to show our members that we want to make sure that the increase is delivering value to them," he said.

■